1

2

3

4                        UNITED STATES DISTRICT COURT

5                       NORTHERN DISTRICT OF CALIFORNIA

6

7    RONALD BROWN, et al.,                    Case No. 17-cv-07150-JSW

8              Plaintiffs,

9         v.                                  **ORDER TO SHOW CAUSE**

10   GENERAL ELECTRIC COMPANY, et al.,        Dkt. No. 39

11             Defendants.

12

13        On March 16, 2018, the parties appeared before Court for the initial case management

14   conference.  Peter Soskin, Esq. appeared for Defendant Crane Co., and Katherine Gardiner, Esq.

15   appeared on behalf of Defendants General Electric Company and CBS Corporation.  Neither Mr.

16   Soskin nor Ms. Gardiner are lead counsel for their clients.  The Court requires the parties to appear

17   through lead counsel at the initial case management conference.  *See* Dkt. No. 8, Order Setting

18   Case Management Conference at 1:22-24.

19        Accordingly, Geoffrey M. Davis, Esq. and Derek S. Johnson, Esq. are HEREBY

20   ORDERED TO SHOW CAUSE why the Court should not impose monetary sanctions in the

21   amount of $250.00 on them for their failure to comply with the Court's Order and appear at the

22   initial case management conference.  Counsels' responses to this Order to Show Cause shall be

23   due by March 27, 2018.

24        **IT IS SO ORDERED.**

25   Dated: March 20, 2018

26   _____

27   JEFFREY S. WHITE
     United States District Judge

28

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28